1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  JOSEPH CLARENCE EASTMAN, | Case No.  1:20-cv-01303-BAM (PC) |
| 12           Plaintiff, | ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* WITHOUT |
| 13       v. | PREJUDICE |
| 14  TUOLUMNE COUNTY JAIL, *et al.*, | (ECF No. 2.) |
| 15           Defendants. | ORDER REQUIRING PLAINTIFF TO FILE COMPLETED APPLICATION TO PROCEED |
| 16 | IN FORMA PAUPERIS OR PAY FILING FEE |
| 17 | **THIRTY (30) DAY DEADLINE** |

18

19      Plaintiff Joseph Clarence Eastman ("Plaintiff") is a county jail inmate proceeding *pro se*

20  in this civil rights action pursuant to 42 U.S.C. § 1983.  On September 14, 2020, Plaintiff filed a

21  motion to proceed *in forma pauperis*.  (ECF No. 2.)  The application was incomplete.  Plaintiff

22  has failed to complete the certificate portion of the application, or to include a certified copy of

23  his trust account statement for the past six months.

24      Accordingly, IT IS HEREBY ORDERED that:

25   1.  Plaintiff's motion to proceed *in forma pauperis*, (ECF No. 2), is DENIED without

26       prejudice;

27   2.  Within **thirty (30) days** from the date of service of this order, Plaintiff shall file the

28       attached application to proceed *in forma pauperis*, completed and signed, or in the

1    alternative, pay the $400.00 filing fee for this action;

2    3.  No extension of time will be granted without a showing of good cause; and

3    4.  **The failure to comply with this order will result in dismissal of this action without**

4    **prejudice.**

5

6    IT IS SO ORDERED.

7    Dated:    **September 14, 2020**                    /s/ *Barbara A. McAuliffe*      _

8                                                             UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28